645 A.2d 135

THE NATIONAL STATE BANK OF ELIZABETH v. GLADYS GONZALEZ v. HENRY CISNEROS, ET AL.

June 22, 1994.

CORRECTED ORDER

Leave to appeal was improvidently granted;

And good cause appearing;

IT IS ORDERED that the within appeal be and hereby is dismissed. No costs.

Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI, and STEIN join in the Order.

Chief Justice WILENTZ did not participate.